# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2016

## NO. 03-15-00511-CV

**Diane V. Wade, Appellant**

**v.**

**David's Landscaping; and David's Landscaping, Inc., Appellees**

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
## DISMISSED

This is an appeal from the summary judgment signed by the trial court on September 3, 2015. Having reviewed the record, the Court agrees this appeal should be consolidated into cause number 03-15-00617-CV. Therefore, the Court consolidates these causes, transfers all the records and filings in this cause number to 03-15-00617-CV and dismisses cause number 03-15-00511-CV. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.